# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2018

## NO. 03-17-00114-CV

**Texas Department of Public Safety, Appellant**

**v.**

**A. M., Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
### REVERSED AND RENDERED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order for expunction signed by the district court on August 17, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order and renders judgment that A.M. take nothing by her petition for expunction of criminal records. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.